IN THE

TENTH COURT OF APPEALS




 
 
 
 
 
 
 


 



No. 10-05-00058-CR

 

Shannon Dale Smith,

                                                                      Appellant

 v.

 

The State of Texas,

                                                                      Appellee

 

 



From the 371st District Court

Tarrant County, Texas

Trial Court No. 0896541D

 



MEMORANDUM  Opinion










 

          Shannon
Dale Smith filed a “motion to withdraw appeal.”  The motion was filed with and
granted by the trial court.  We have received a supplemental transcript
containing the motion and the trial court’s order.

          Smith
has not filed a written withdrawal of his appeal as contemplated by Rule of
Appellate Procedure 42.2.  See Tex.
R. App. P. 42.2(a) (written withdrawal of the notice of appeal must be
filed “with the appellate court clerk”).  Nevertheless, Smith personally signed
the motion to withdraw his appeal.  This is a sufficient basis on which to
dismiss the appeal.  See Hendrix v. State, 86 S.W.3d 762, 763-64
(Tex. App.—Waco 2002, no pet.); Tex. R.
App. 2.

          Accordingly,
Smith’s appeal is dismissed.

 

                                                                   TOM
GRAY

                                                                   Chief
Justice

 

Before Chief Justice
Gray,

          Justice
Vance, and

          Justice Reyna

Appeal dismissed

Opinion delivered and
filed November 16, 2005

Do not publish

[CR25]






p. 2006) (Johnson, J., concurring statement); see
also Ex parte Ybarra, 149 S.W.3d 147, 149 (Tex. Crim. App. 2004).

Accordingly, we dismiss this appeal for want of
jurisdiction.

 

PER CURIAM

 

Before Chief Justice
Gray,

            Justice
Vance, and

            Justice Reyna

Appeal dismissed 

Opinion delivered and
filed November 15, 2006

Do not publish

[CR25]